| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** |
| **LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq. (krosen@lowenstein.com)<br>Michael S. Etkin, Esq. (metkin@lowenstein.com)<br>Paul Kizel, Esq. (pkizel@lowenstein.com)<br>Wojciech F. Jung, Esq. (wjung@lowenstein.com)<br>Philip J. Gross, Esq. (pgross@lowenstein.com)<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Proposed Counsel to the Debtors and*<br>*Debtors-in-Possession* |

| | |
|---|---|
| In re: | Chapter 11 |
| Aceto Corporation, *et al.*,[1] | Case No. 19-13448 (VFP) |
| Debtors. | Jointly Administered |

# ORDER SHORTENING TIME PERIOD FOR NOTICE, LIMITING NOTICE, AND SETTING HEARING FOR APPROVAL OF <u>PROPOSED BIDDING PROCEDURES AND BID PROTECTIONS</u>

The relief set forth on the following pages, numbered two (2) through and including four (4), is hereby **ORDERED**.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Aceto Corporation (0520); Aceto Agricultural Chemicals Corporation (3948); Aceto Realty LLC (7634); Rising Pharmaceuticals, Inc. (7959); Rising Health, LLC (1562); Acetris Health, LLC (3236); PACK Pharmaceuticals, LLC (2525); Arsynco, Inc. (7392); and Acci Realty Corp. (4433).

25441/33
03/07/2019 203847655.2

Page:    2
Debtor:   Aceto Corporation, *et al.*
Case No.: 19-13448 (VFP)
Caption:  Order Shortening Time Period for Notice, Limiting Notice and Setting Hearing for Approval of Proposed Bidding Procedures and Bid Protections

---

Upon consideration of the Application[2] of the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") for shortened notice under Fed. R. Bankr. P. 9006(c)(1) with respect to the Bidding Procedures Motion (defined below), and for cause shown, it is

**ORDERED** as follows:

1. The time period required by Local Bankruptcy Rule 9013-1 and/or Fed. R. Bankr. P. 2002 or other rule for notice of a hearing for approval of the Bidding Procedures and Bid Protections as set forth in the *Debtors' Motion for Orders (I) (a) Authorizing and Approving Bidding Procedures in Connection with the Sale of Substantially All Assets Comprising the Debtors' Pharma Business; (b) Authorizing and Approving Bid Protections; (c) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (d) Scheduling a Sale Hearing; (e) Approving the Form and Manner of Notice Thereof; and (f) Granting Related Relief; and (II) (a) Authorizing and Approving the Sale of Substantially All Assets Comprising the Debtors' Pharma Business Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (b) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (c) Granting Related Relief* (the "<u>Bidding Procedures Motion</u>") is hereby shortened as set forth herein.

2. A hearing shall be conducted on the Bidding Procedures and Bid Protections set forth in the Bidding Procedures Motion on **March 15, 2019 at 10:00 a.m. (ET)**, at the United States Bankruptcy Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102, before the Honorable Vincent F. Papalia.

3. The Debtors shall cause to be served a copy of this Order, the Application for this Order, and the Bidding Procedures Motion (to the extent that they have not been served to date)

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

-2-

Page:     3
Debtor:   Aceto Corporation, *et al.*
Case No.: 19-13448 (VFP)
Caption:  Order Shortening Time Period for Notice, Limiting Notice and Setting Hearing for Approval of Proposed Bidding Procedures and Bid Protections

---

upon (i) the Office of the United States Trustee for the District of New Jersey; (ii) the Internal Revenue Service; (iii) the New Jersey Division of Taxation Compliance and Enforcement - Bankruptcy Unit; (iv) the Office of the Attorney General of the State of New Jersey, Division of Law; (v) the United States Attorney's Office for the District of New Jersey; (vi) the New York State Department of Taxation and Finance; (vii) the Office of the Attorney General of the State of New York; (viii) the United States Attorney's Office for the Eastern District of New York; (ix) the Securities and Exchange Commission, New York Regional Office; (x) McGuireWoods LLP, c/o Kenneth Noble, Esq., as counsel for the DIP Administrative Agent and Prepetition Administrative Agent; (xi) McCarter & English LLP, c/o Joseph Lubertazzi, Jr., Esq. and Deirdre E. Burke, Esq., as local counsel for the DIP Administrative Agent and Prepetition Administrative Agent, (xii) the Indenture Trustee for the Noteholders; (xiii) Stroock & Stroock & Lavan LLP, c/o Erez E. Gilad, Esq., Jayme T. Goldstein, Esq., Gabriel Sasson, Esq., and Joanne Lau, Esq., as counsel for the Committee; (xiv) Porzio, Bromberg & Newman, P.C., c/o Warren J. Martin, Jr., Esq., Robert M. Schecter, Esq., and Rachel A. Parisi, Esq., as local counsel for the Committee; (xv) Reed Smith LLP, c/o Derek J. Baker, Esq., as counsel for the Buyer; and (xvi) all parties that have requested to receive notice pursuant to Bankruptcy Rule 2002, by:

|   |   |   |   |
|---|---|---|---|
| ☐ | fax (where available) | ☐ | overnight mail |
| ☐ | email (where available) | ☐ | hand delivery |
| ☐ | regular mail |   |   |

and within

☐      _____ day(s) of the date of this Order; or

☐      on the same date as this Order.

4.     The notice authorized by this Order is deemed appropriate and adequate under the circumstances.

5.     A *Certificate of Service* must be filed prior to the hearing date.

3

Page:        4
Debtor:    Aceto Corporation, *et al.*
Case No.: 19-13448 (VFP)
Caption:  Order Shortening Time Period for Notice, Limiting Notice and Setting Hearing for Approval of Proposed Bidding Procedures and Bid Protections

---

6. Any objection to the Bidding Procedures Motion:

    ☐ shall be filed and served, so as to be received no later than **March 13, 2019 at 11:59 p.m. (ET),** on:

    i. Counsel for the Debtors, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, NJ 07901, Attn.: Wojciech F. Jung, Esq. (wjung@lowenstein.com) and Michael Savetsky, Esq. (msavetsky@lowenstein.com); and

    ii. Counsel for the Buyer, Reed Smith LLP, 136 Main Street, Suite 250, Princeton, NJ 08450, Attn.: Derek J. Baker, Esq. (dbaker@reedsmith.com).

    ☐ may be presented at the hearing.

7. ☐ Court appearances are required for the Court to consider the Bidding Procedures Motion and any objection(s) thereto.

    ☐ Parties may request to appear by telephone by contacting Chambers prior to the hearing date.

4