**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Michael S. Etkin, Esq. (metkin@lowenstein.com)
Paul Kizel, Esq. (pkizel@lowenstein.com)
Wojciech Jung, Esq. (wjung@lowenstein.com)
Philip J. Gross, Esq. (pgross@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtors and
Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>ACETO CORPORATION, *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 19-13448 (VFP)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 15, 2019 AT 10:00 A.M. (ET)**

**ADJOURNED MATTER**

1. Debtors Motion for Orders (I) (A) Authorizing and Approving Bidding Procedures in Connection With the Sale of Substantially All Assets Comprising the Debtors Pharma Business; (B) Authorizing and Approving Bid Protections; (C) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Scheduling a Sale Hearing; (E) Approving the Form and Manner of Notice Thereof; and (F) Granting Related Relief; and (II) (A) Authorizing and Approving the Sale of Substantially All Assets Comprising the Debtors Pharma Business Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (B) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Related Relief (the "Pharma Bidding Procedures Motion") [Docket No. 109; Filed 3/8/19].

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Aceto Corporation (0520); Aceto Agricultural Chemicals Corporation (3948); Aceto Realty LLC (7634); Rising Pharmaceuticals, Inc. (7959); Rising Health, LLC (1562); Acetris Health, LLC (3236); PACK Pharmaceuticals, LLC (2525); Arsynco, Inc. (7392); and Acci Realty Corp. (4433).

25441/53
03/14/2019 203900003.1

Related Document(s):

a) Application for Entry of an Order Shortening Time Period for Notice, Under Fed. R. Bank. P. 9006(c)(1), Limiting Notice, and Setting Hearing for Approval of Bidding Procedures and Bid Protections [Docket No. 110; Filed 3/8/19]

b) Order Shortening Time Period for Notice, Limiting Notice and Setting Hearing for Approval of Bidding Procedures and Bid Protections [Docket No. 111; Entered 3/8/19]

c) Affidavit of Service [Docket No. 128; filed 3/13/19]

Objection Deadline: March 13, 2019 at 11:59 p.m. (ET);

Extended to March 15, 2019 for the Official Committee of Unsecured Creditors (the "Committee") and Wilmington Trust, National Association ("WTNA").

Response(s) Received:

a) Limited Objection of the Acting United States Trustee to Pharma Bidding Procedures Motion [Docket No. 127; Filed 3/13/19].

b) Objection of Cigna Entities to Pharma Bidding Procedures Motion [Docket No. 130; Filed 3/13/19].

Status: **This matter has been adjourned March 18, 2019 at 11:30 a.m. (ET).** The Debtors are working with the Committee to resolve the Committee's informal comments. The Cigna objection has been resolved. The Debtors expect the U.S. Trustee's objection to be resolved prior to the hearing.

**UNCONTESTED MATTERS GOING FORWARD**

1. Debtors' Motion for Interim and Final Orders (I) Authorizing but not Directing the Debtors to (A) Pay Prepetition Wages, Salaries, and Related Obligations, (B) Pay and Remit Prepetition Payroll Taxes and Other Deductions to Third Parties, and (C) Honor Employee Benefit Programs in the Ordinary Course of Business; (II) Authorizing and Directing Banks to Honor Checks and Transfers for Payment of Prepetition Employee Obligations; and (III) Granting Related [Docket No. 8; filed 2/19/19].

Related Document(s):

a) Interim Order (I) Authorizing But Not Directing the Debtors to (A) Pay Prepetition Wages, Salaries, and Related Obligations, (B) Pay and Remit

    Prepetition Payroll Taxes and Other Deductions to Third Parties, and (C) Honor Employee Benefit Programs in the Ordinary Course of Business; (II) Authorizing and Directing Banks to Honor Checks and Transfers for Payment of Prepetition Employee Obligations; and (III) Granting Related Relief [Docket No. 40; Entered 2/21/19]

  b) Affidavit of Service [Docket No. 28; filed 2/20/19]

  c) Affidavit of Service [Docket No. 78; filed 2/26/19]

 Objection Deadline: March 8, 2019 at 4:00 p.m. (ET)

    Extended to 3/11/19 at 4:00 p.m. (ET) for the Committee

 Responses Received: Informal comments have been received from the Committee and will be incorporated into the proposed final order. The Debtors intend to submit the revised proposed final order to the Court for approval.

 Status: This matter is going forward.

2. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees in the Ordinary Course of Business and (II) Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto [Docket No. 9; Filed 2/19/19].

 Related Document(s):

  a) Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees in the Ordinary Course of Business and (II) Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto [Docket No. 32; Entered 2/21/19]

  b) Affidavit of Service [Docket No. 28; filed 2/20/19]

  c) Affidavit of Service [Docket No. 78; filed 2/26/19]

 Objection Deadline: March 8, 2019 at 4:00 p.m. (ET)

    Extended to 3/11/19 at 4:00 p.m. (ET) for the Committee

 Response(s) Received: Informal comments have been received from the Committee and will be incorporated into the proposed final order. The Debtors intend to submit the revised proposed final order to the Court for approval.

    Status:    This matter is going forward.

3. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Prepetition Insurance Program, (B) Pay any Prepetition Premiums and Related Obligations, and (C) Renew or Enter Into New Insurance Arrangements, and (II) Granting Related Relief [Docket No. 10; Filed 2/19/19].

    Related Document(s):

    a) Interim Order (I) Authorizing the Debtors to (A) Continue Prepetition Insurance Program, (B) Pay any Prepetition Premiums and Related Obligations, and (C) Renew or Enter Into New Insurance Arrangements, and (II) Granting Related Relief [Docket No. 42; Entered 2/21/19]

    b) Affidavit of Service [Docket No. 28; filed 2/20/19]

    c) Affidavit of Service [Docket No. 78; filed 2/26/19]

    Objection Deadline:    March 8, 2019 at 4:00 p.m. (ET)

    Extended to 3/11/19 at 4:00 p.m. (ET) for the Committee

    Response(s) Received:    Informal comments have been received from the Committee and will be incorporated into the proposed final order. The Debtors intend to submit the revised proposed final order to the Court for approval.

    Status:    This matter is going forward.

4. Motion of the Debtors for Interim and Final Orders Under Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, (C) Establishing Procedures for Resolving Requests for Additional or Different Adequate Assurance of Payment, and (D) Scheduling a Final Hearing to Consider Entry of the Proposed Final Order [Docket No. 11; 2/19/18].

    Related Document(s):

    a) Interim Order Under Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, (C) Establishing Procedures for Resolving Requests for Additional or Different Adequate Assurance of Payment, and (D) Scheduling a Final Hearing to Consider Entry of the Proposed Final Order [Docket No. 41; Entered 2/21/19]

    b)    Affidavit of Service [Docket No. 28; filed 2/20/19]

    c)    Affidavit of Service [Docket No. 78; filed 2/26/19]

Objection Deadline:    March 8, 2019 at 4:00 p.m. (ET)

Extended to 3/11/19 at 4:00 p.m. (ET) for the Committee

Response(s) Received:    Informal comments have been received from the Committee and will be incorporated into the proposed final order. The Debtors intend to submit the revised proposed final order to the Court for approval.

Status:    This matter is going forward.

5. Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Prepetition Claims of Certain Shippers and Warehousemen and Related Obligations [Docket No. 12; Filed 2/19/19]

Related Document(s):

    a)    Interim Order Authorizing the Debtors to Pay Prepetition Claims of Certain Shippers and Warehousemen and Related Obligations [Docket No. 38; Entered 2/21/19]

    b)    Affidavit of Service [Docket No. 28; filed 2/20/19]

    c)    Affidavit of Service [Docket No. 78; filed 2/26/19]

Objection Deadline:    March 8, 2019 at 4:00 p.m. (ET)

Extended to 3/11/19 at 4:00 p.m. (ET) for the Committee

Response(s) Received:    Informal comments have been received from the Committee and will be incorporated into the proposed final order. The Debtors intend to submit the revised proposed final order to the Court for approval.

Status:    This matter is going forward.

6. Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a), 363, 1107, and 1108 and Fed. R Bankr. P. 6003 and 6004 Authorizing the Debtors to (I) Honor Certain Prepetition Obligations to Customers and to Continue Customer Programs and (II) Continue Other Government Programs and Related Obligation [Docket No. 14; Filed 2/19/19]

Related Document(s):

a) Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363, 1107, and 1108 and Fed. R Bankr. P. 6003 and 6004 Authorizing the Debtors to (I) Honor Certain Prepetition Obligations to Customers and to Continue Customer Programs and (II) Continue Other Government Programs and Related Obligation [Docket No. 34; Entered 2/21/19]

b) Affidavit of Service [Docket No. 28; filed 2/20/19]

c) Affidavit of Service [Docket No. 78; filed 2/26/19]

Objection Deadline:    March 8, 2019 at 4:00 p.m. (ET)

Extended to 3/11/19 at 4:00 p.m. (ET) for the Committee

Response(s) Received:    Informal comments have been received from the Committee and will be incorporated into the proposed final order. The Debtors intend to submit the revised proposed final order to the Court for approval.

Status:    This matter is going forward.

7. Debtors' Motion for Interim and Final Orders (I) Authorizing Payment of Prepetition Claims of Certain Critical Vendors Pursuant to 11 U.S.C. §§ 105(a), 363(b), 364, 1107(a), and 1108 and Fed. R. Bankr. P. 6003 and 6004, and (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto [Docket No. 15; Filed 2/19/19].

Related Document(s):

a) Interim Order (I) Authorizing Payment of Prepetition Claims of Certain Critical Vendors Pursuant to 11 U.S.C. §§ 105(a), 363(b), 364, 1107(a), and 1108 and Fed. R. Bankr. P. 6003 and 6004, and (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto [Docket No. 39; Entered 2/21/19]

b) Affidavit of Service [Docket No. 28; filed 2/20/19]

c) Affidavit of Service [Docket No. 78; filed 2/26/19]

Objection Deadline:    March 8, 2019 at 4:00 p.m. (ET)

Extended to 3/11/19 at 4:00 p.m. (ET) for the Committee

Response(s) Received: Informal comments have been received from the Committee and will be incorporated into the proposed final order. The Debtors intend to submit the revised proposed final order to the Court for approval.

Status: This matter is going forward.

8. Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Continue their Cash Management System, (II) Honor Certain Related Prepetition Obligations, (III) Maintain Existing Business Forms, and (IV) Continue to Perform Intercompany Transactions; (B) Authorizing and Directing the Debtors Banks to Honor All Related Payment Requests; (C) Granting Interim and Final Waivers of the Debtors Compliance with Section 345(b) of the Bankruptcy Code; (D) Scheduling a Final Hearing; and (E) Granting Related Relief [Docket No. 16; filed 2/19/18].

   Related Document(s):

   a) Interim Order (A) Authorizing the Debtors to (I) Continue their Cash Management System, (II) Honor Certain Related Prepetition Obligations, (III) Maintain Existing Business Forms, and (IV) Continue to Perform Intercompany Transactions; (B) Authorizing and Directing the Debtors Banks to Honor All Related Payment Requests; (C) Granting Interim and Final Waivers of the Debtors Compliance with Section 345(b) of the Bankruptcy Code; (D) Scheduling a Final Hearing; and (E) Granting Related Relief [Docket No. 33; Entered 12/21/18]

   b) Affidavit of Service [Docket No. 28; filed 2/20/19]

   c) Affidavit of Service [Docket No. 78; filed 2/26/19]

   Objection Deadline: March 8, 2019 at 4:00 p.m. (ET)

   Extended to 3/11/19 at 4:00 p.m. (ET) for the Committee

   Response(s) Received: Informal comments have been received from the Committee and will be incorporated into the proposed final order. The Debtors intend to submit the revised proposed final order to the Court for approval.

   Status: This matter is going forward.

9. Debtors' Motion for Entry of Interim and Final Orders Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness With Respect to Stock [Docket No. 18; Filed 2/19/19].

   Related Document(s):

    a)    Interim Order Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness With Respect to Stock [Docket No. 31; Entered 2/21/19]

    b)    Affidavit of Service [Docket No. 28; filed 2/20/19]

    c)    Affidavit of Service [Docket No. 78; filed 2/26/19]

Objection Deadline:    March 8, 2019 at 4:00 p.m. (ET)

    Extended to 3/11/19 at 4:00 p.m. (ET) for the Committee

Response(s) Received:    Informal comments have been received from the Committee and will be incorporated into the proposed final order. The Debtors intend to submit the revised proposed final order to the Court for approval.

Status:    This matter is going forward.

## CONTESTED MATTERS GOING FORWARD

10.    Debtors' Motion for Interim and Final Orders (I) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 (III) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105(a), 362 and 364(c) and (d), (IV) Granting Liens and Superpriority Claims to the Dip Lenders Pursuant to 11 U.S.C. § 364(c), (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 17; Filed 2/19/19].

Related Document(s):

    a)    Interim Order (I) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 (III) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105(a), 362 and 364(c) and (d), (IV) Granting Liens and Superpriority Claims to the Dip Lenders Pursuant to 11 U.S.C. § 364(c), (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 36; Entered 2/21/19]

    b)    Affidavit of Service [Docket No. 28; filed 2/20/19]

    c)    Affidavit of Service [Docket No. 78; filed 2/26/19]

    d)    Notice of Debtors' Proposed Final DIP Order [Docket No. 132; filed 3/14/19]

Objection Deadline:   March 8, 2019 at 4:00 p.m. (ET)

Extended to 3/13/19 for the Committee and WTNA.

Response(s) Received:

a) Reservation of Rights of Lyne Laboratories, Inc. to Debtors' Motion for Interim and Final Orders (I) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 (III) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105(a), 362 and 364(c) and (d), (IV) Granting Liens and Superpriority Claims to the Dip Lenders Pursuant to 11 U.S.C. § 364(c), (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001. [Docket 124; Filed 3/11/19]

b) Informal comments from the Committee and DIP Lenders

Status: This matter is going forward. The Debtors and Committee are working to resolve one remaining open issue. The Debtors intend to submit the revised proposed final order to the Court for approval.

11. Debtors Motion for Orders (I) (A) Authorizing and Approving Bidding Procedures in Connection With the Sale of Substantially All Assets Comprising the Debtors Chemical Plus Business; (B) Authorizing and Approving Bid Protections; (C) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Scheduling a Sale Hearing; (E) Approving the Form and Manner of Notice Thereof; and (F) Granting Related Relief; and (II) (A) Authorizing and Approving the Sale of Substantially All Assets Comprising the Debtors Chemical Plus Business Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (B) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Related Relief (the "Chem Plus Bidding Procedures Motion") [Docket No. 45; Filed 2/22/19].

Related Document(s):

a) Affidavit of Service [Docket No. 78; filed 2/26/19]

Objection Deadline:   March 8, 2019 at 4:00 p.m. (ET)

Extended to 3/13/19 for the Committee and WTNA

Response(s) Received:

      a)     Objection of Cigna Entities to Chem Plus Bidding Procedures Motion [Docket No. 113; Filed 3/8/19].

      b)     Limited Objection of the Acting United States Trustee to Chem Plus Bidding Procedures Motion [Docket No. 123; Filed 3/11/19].

      c)     Informal comments from the Committee

<u>Status</u>:     This matter is going forward. The Debtors have resolved the Cigna objection and the Committee's informal comments. The Debtors expect the U.S. Trustee's objection to be resolved prior to the hearing. The Debtors intend to submit the revised proposed final order to the Court for approval.

Dated: March 14, 2019                                       Respectfully submitted,

                                                                    **LOWENSTEIN SANDLER LLP**

                                                                    /s/ *Kenneth A. Rosen*
                                                                    Kenneth A. Rosen, Esq.
                                                                    Michael S. Etkin, Esq.
                                                                    Paul Kizel, Esq.
                                                                    Wojciech Jung, Esq.
                                                                    Philip J. Gross, Esq.
                                                                    One Lowenstein Drive
                                                                    Roseland, New Jersey 07068
                                                                    (973) 597-2500 (Telephone)
                                                                    krosen@lowenstein.com
                                                                    metkin@lowenstein.com
                                                                    pkizel@lowenstein.com
                                                                    wjung@lowenstein.com
                                                                    pgross@lowenstein.com

                                                                   *Proposed Counsel to the Debtors and*
                                                                   *Debtors-in-Possession*