**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
Michael S. Etkin, Esq. (metkin@lowenstein.com)
Paul Kizel, Esq. (pkizel@lowenstein.com)
Wojciech Jung, Esq. (wjung@lowenstein.com)
Philip J. Gross, Esq. (pgross@lowenstein.com)
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtors and*
*Debtors-in-Possession*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| ACETO CORPORATION, *et al.*,[1] | Case No. 19-13448 (VFP) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTER SCHEDULED
### FOR HEARING ON MARCH 18, 2019, WHICH HAS BEEN ADJOURNED
### FROM 11:30 A.M. (ET) TO 1:00 P.M. (ET)

**CONTESTED MATTERS GOING FORWARD**

1. Debtors Motion for Orders (I) (A) Authorizing and Approving Bidding Procedures in Connection With the Sale of Substantially All Assets Comprising the Debtors Pharma Business; (B) Authorizing and Approving Bid Protections; (C) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Scheduling a Sale Hearing; (E) Approving the Form and Manner of Notice Thereof; and (F) Granting Related Relief; and (II) (A) Authorizing and Approving the Sale of Substantially All Assets Comprising the Debtors Pharma Business Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (B) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Related Relief (the "Pharma Bidding Procedures Motion") [Docket No. 109; Filed 3/8/19].

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Aceto Corporation (0520); Aceto Agricultural Chemicals Corporation (3948); Aceto Realty LLC (7634); Rising Pharmaceuticals, Inc. (7959); Rising Health, LLC (1562); Acetris Health, LLC (3236); PACK Pharmaceuticals, LLC (2525); Arsynco, Inc. (7392); and Acci Realty Corp. (4433).

Related Document(s):

a) Application for Entry of an Order Shortening Time Period for Notice, Under Fed. R. Bank. P. 9006(c)(1), Limiting Notice, and Setting Hearing for Approval of Bidding Procedures and Bid Protections [Docket No. 110; Filed 3/8/19]

b) Order Shortening Time Period for Notice, Limiting Notice and Setting Hearing for Approval of Bidding Procedures and Bid Protections [Docket No. 111; Entered 3/8/19]

c) Affidavit of Service [Docket No. 128; filed 3/13/19]

Objection Deadline: March 13, 2019 at 11:59 p.m. (ET);

Extended so that objections may be raised at the hearing solely with respect to the Official Committee of Unsecured Creditors (the "Committee") and Wilmington Trust, National Association ("WTNA").

Response(s) Received:

a) Limited Objection of the Acting United States Trustee to Pharma Bidding Procedures Motion [Docket No. 127; Filed 3/13/19].

b) Objection of Cigna Entities to Pharma Bidding Procedures Motion [Docket No. 130; Filed 3/13/19].

Status: **The time of this hearing has been changed from 11:30 a.m. (ET) to 1:00 p.m. (ET).** The Debtors are working with the Committee to resolve the Committee's informal comments. The Cigna Entities' and the United States Trustee's objections have been resolved.

[*Remainder of page intentionally left blank*]

Dated: March 18, 2019 Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ *Kenneth A. Rosen*
Kenneth A. Rosen, Esq.
Michael S. Etkin, Esq.
Paul Kizel, Esq.
Wojciech Jung, Esq.
Philip J. Gross, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
krosen@lowenstein.com
metkin@lowenstein.com
pkizel@lowenstein.com
wjung@lowenstein.com
pgross@lowenstein.com

*Proposed Counsel to the Debtors and Debtors-in-Possession*