**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Michael S. Etkin, Esq.
Wojciech F. Jung, Esq.
Philip J. Gross, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and*
*Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| ACETO CORPORATION, *et al.*,[1] | Case No. 19-13448 (VFP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF CANCELLATION OF AUCTION AND DESIGNATION OF STALKING HORSE BIDDER AS THE SUCCESSFUL BIDDER IN CONNECTION WITH PROPOSED SALE OF CERTAIN ASSETS OF THE DEBTORS RELATING TO THE PHARMA BUSINESS**

    **PLEASE TAKE NOTICE** that, on March 8, 2019, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Debtors' Motion for Orders (I) (A) Authorizing and Approving Bidding Procedures in Connection With the Sale of Substantially All Assets Comprising the Debtors' Pharma Business; (B) Authorizing and Approving Bid Protections; (C) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Scheduling a Sale Hearing; (E) Approving the Form and Manner of Notice Thereof; and (F) Granting Related Relief; and (II) (A) Authorizing and Approving the Sale of Substantially All Assets Comprising the Debtors' Pharma Business Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (B) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Related Relief* [Docket No. 109] with the United States Bankruptcy Court for the District of New Jersey (the "Court");

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Aceto Corporation (0520); Aceto Agricultural Chemicals Corporation (3948); Aceto Realty LLC (7634); Rising Pharmaceuticals, Inc. (7959); Rising Health, LLC (1562); Acetris Health, LLC (3236); PACK Pharmaceuticals, LLC (2525); Arsynco, Inc. (7392); and Acci Realty Corp. (4433).

**PLEASE TAKE FURTHER NOTICE** that on March 19, 2019, the Court entered the *Order (A) Authorizing and Approving Bidding Procedures in Connection with the Sale of Substantially all Assets Comprising the Debtors' Pharma Business; (B) Authorizing and Approving Bid Protections; (C) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Scheduling a Sale Hearing; (E) Approving the Form and Manner of Notice Thereof; and (F) Granting Related Relief* [Docket No. 174] (the "Bidding Procedures Order")[2] which established the Bid Deadline as March 29, 2019 at 5:00 p.m. (ET) and, in the event of the receipt of any Qualified Bids with respect to the Purchased Assets (other than the Qualified Bid submitted by the Stalking Horse Bidder, Shore Suven Pharma, Inc.), scheduled an Auction for April 2, 2019, at 10:00 a.m. (ET);

**PLEASE TAKE FURTHER NOTICE** that the Debtors did not receive any Qualified Bids for the Purchased Assets with respect to the Pharma Business (other than the Qualified Bid submitted by the Stalking Horse Bidder, Shore Suven Pharma, Inc.) prior to the Bid Deadline;

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 5 of the Bidding Procedures Order, **THE AUCTION IS CANCELLED AND THE STALKING HORSE BIDDER, SHORE SUVEN PHARMA, INC., IS HEREBY SELECTED AS THE SUCCESSFUL BIDDER;** and

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing is scheduled to be held on April 8, 2019 at 10:00 a.m. (ET). At the Sale Hearing, the Debtors will seek approval of the Sale of the Purchased Assets (which comprise substantially all of the Debtors' Pharma Business) to the Stalking Horse Bidder pursuant to the Stalking Horse Agreement.

Dated: March 29, 2019

**LOWENSTEIN SANDLER LLP**

*/s/ Wojciech F. Jung*
Kenneth A. Rosen, Esq.
Michael S. Etkin, Esq.
Wojciech F. Jung, Esq.
Philip J. Gross, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
krosen@lowenstein.com
metkin@lowenstein.com
wjung@lowenstein.com
pgross@lowenstein.com

*Counsel to the Debtors and Debtors-in-Possession*

---

[2] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Motion or Bidding Procedures Order, as applicable.