**MORTON & CRAIG, LLC**
John Morton, Esq.
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
P: (856) 866-0100
Attorney for: Daimler Trust
Our File No.: 48877
JM-5630

*Counsel to the Movant, Daimler Trust*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1

Order Filed on June 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

ACETO CORPORATION, *et al.*,[1]

Debtors.

Chapter 11

Case No. 19-13448 (VFP)

(Jointly Administered)

**Re: Docket No. 503**

## ORDER GRANTING DAIMLER TRUST'S MOTION TO VACATE THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: June 6, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Aceto Corporation (0520); Aceto Agricultural Chemicals LLC (*f/k/a* Aceto Agricultural Chemicals Corporation) (3948); Aceto Realty LLC (7634); Rising Pharmaceuticals, LLC (*f/k/a* Rising Pharmaceuticals, Inc.) (7959); Rising Health, LLC (1562); Acetris Health, LLC (3236); PACK Pharmaceuticals, LLC (2525); Arsynco, Inc. (7392); and Acci Realty Corp. (4433).

25441/53
06/06/2019 204381819.1

Page:      2
Debtors:   Aceto Corporation, *et al.*
Case No.:  19-13448 (VFP)
Caption:   Order Granting Daimler Trust's Motion to Vacate the Automatic Stay

Upon the motion (the "Motion")[2] of Daimler Trust for entry of an order vacating the automatic stay under section 362 of the Bankruptcy Code to allow Daimler Trust to sell the Motor Vehicle (defined below) leased by the Debtors; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, as amended on September 18, 2012 (Simandle, C.J.); and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that notice of the Motion provided by the Daimler Trust was adequate and sufficient under the circumstances and that no other or further notice of the Motion need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The automatic stay under section 362 of the Bankruptcy Code is hereby lifted for the sole purpose of permitting Daimler Trust to sell or otherwise dispose of the 2017 Mercedes-Benz E300, Vehicle Identification Number WDDZF4KB2HA072048 (the "Motor Vehicle"), as described in the Motion.

3. This Order shall be immediately effective and enforceable upon its entry.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Page:     3
Debtors:  Aceto Corporation, *et al.*
Case No.: 19-13448 (VFP)
Caption:  Order Granting Daimler Trust's Motion to Vacate the Automatic Stay

---

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.