**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Michael S. Etkin, Esq.
Wojciech Jung, Esq.
Philip J. Gross, Esq.
Michael Savetsky, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and
Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| ACETO CORPORATION, *et al.*,[1] | Case No. 19-13448 (VFP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTER SCHEDULED**
**FOR HEARING ON JULY 25, 2019 AT 11:00 A.M. (ET)**

**MATTERS GOING FORWARD**

1. Motion for Entry Of An Order (I) Approving The Disclosure Statement On An Interim Basis; (II) Scheduling A Combined Hearing To Consider The Adequacy Of The Disclosure Statement And Confirmation Of The Plan; (III) Approving The Form And Manner Of Notice Of The Combined Hearing; (IV) Establishing Deadlines And Procedures For Filing Objections To Confirmation Of The Plan; (V) Establishing Deadlines And Procedures For Voting On The Plan; (VI) Approving Solicitation Procedures; (VII) Establishing Procedures For Tabulation Of Votes; And (VIII) Granting Related Relief (the "DS Approval Motion") [Docket No. 686; Filed 6/27/19].

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Aceto Corporation (0520); Tri Harbor Chemical Holdings LLC (*f/k/a* Aceto Agricultural Chemicals LLC, *f/k/a* Aceto Agricultural Chemicals Corporation) (3948); Tri Harbor Realty LLC (*f/k/a* Aceto Realty LLC) (7634); Kavod Pharmaceuticals LLC (*f/k/a* Rising Pharmaceuticals, LLC, *f/k/a* Rising Pharmaceuticals, Inc.) (7959); Kavod Health LLC (f/k/a Rising Health, LLC) (1562); Kavris Health LLC (*f/k/a* Acetris Health, LLC) (3236); KAVACK Pharmaceuticals LLC (*f/k/a* PACK Pharmaceuticals, LLC) (2525); Arsynco, Inc. (7392); and Acci Realty Corp. (4433).

25441/53
07/23/2019 204689050.1

Related Documents:

a) First Modified Joint Plan of Liquidation of Aceto Corporation and its Affiliated Debtors [Docket No. 684; Filed 6/27/19]

b) First Modified Disclosure Statement for First Modified Joint Plan of Liquidation of Aceto Corporation and its Affiliated Debtors [Docket No. 685; Filed 6/27/19]

c) Second Modified Joint Plan of Liquidation of Aceto Corporation and its Affiliated Debtors [Docket No. 747; Filed 7/23/19]

d) Second Modified Disclosure Statement for Second Modified Joint Plan of Liquidation of Aceto Corporation and its Affiliated Debtors [Docket No. 748; Filed 7/23/19]

e) Notice of Filing of (I) Second Modified Joint Plan of Liquidation of Aceto Corporation and its Affiliated Debtors and (II) Second Modified Disclosure Statement for Second Modified Joint Plan of Liquidation of Aceto Corporation and its Affiliated Debtors [Docket No. 749; Filed 7/23/19]

f) Affidavit of Service of DS Approval Motion filed by Prime Clerk, LLC [Docket No. 701; Filed 7/2/19]

g) Debtors' Omnibus Reply to Objections to Debtors' Motion to Approve the Disclosure Statement on an Interim Basis and Schedule a Combined Hearing on Final Approval of the Disclosure Statement and Confirmation of the Plan [To Be Filed]

Objection Deadline:    July 18, 2019 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors to July 23, 2019 at noon.

Responses Received:

h) Limited Objection to Debtors' Motion for Entry Of An Order (I) Approving The Disclosure Statement On An Interim Basis; (II) Scheduling A Combined Hearing To Consider The Adequacy Of The Disclosure Statement And Confirmation Of The Plan; (II) Approving The Form And Manner Of Notice Of The Combined Hearing; (IV) Establishing Deadlines And Procedures For Filing Objections To Confirmation Of The Plan; (V) Establishing Deadlines And Procedures For Voting On The Plan; (VI) Approving Solicitation Procedures; (VII) Establishing Procedures For Tabulation Of Votes; And (VIII) Granting Related Relief filed by Apex Pharmaceuticals [Docket No. 726; Filed 7/17/19]

i) Limited Objection of The U.S. Securities and Exchange Commission to Approval of the Disclosure Statement and Confirmation of the Debtors'

        Plan [Docket No. 731; Filed 7/18/19]

j)     The Ad Hoc Consortium of Equity Security Holders' Objection to Debtors' First Modified Disclosure Statement for First Modified Joint Plan of Liquidation of Aceto Corporation and its Affiliated Debtors [Docket No. 734; Filed 7/18/19]

k)     Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' First Modified Disclosure Statement [Docket No. 738; Filed 7/22/19]

        <u>Status</u>:  This matter is going forward.

Dated: July 23, 2019                         Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ *Wojciech F. Jung*
Kenneth A. Rosen, Esq.
Michael S. Etkin, Esq.
Wojciech F. Jung, Esq.
Philip J. Gross, Esq.
Michael Savetsky, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
krosen@lowenstein.com
metkin@lowenstein.com
wjung@lowenstein.com
pgross@lowenstein.com
msavetsky@lowenstein.com

*Counsel to the Debtors and Debtors-in-Possession*