UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**MORTON & CRAIG, LLC**
John Morton, Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
P: (856) 866-0100

*Counsel to the Movant, Daimler Trust*



Order Filed on September 20, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

ACETO CORPORATION, *et al.*,[1]

Debtors.

Chapter 11

Case No. 19-13448 (VFP)

(Jointly Administered)

**Re: Docket No. 873**

# ORDER GRANTING DAIMLER TRUST'S MOTION TO VACATE THE AUTOMATIC STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 20, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Aceto Corporation (0520); Tri Harbor Chemical Holdings LLC (*f/k/a* Aceto Agricultural Chemicals LLC, *f/k/a* Aceto Agricultural Chemicals Corporation) (3948); Tri Harbor Realty LLC (*f/k/a* Aceto Realty LLC) (7634); Kavod Pharmaceuticals LLC (*f/k/a* Rising Pharmaceuticals, LLC, *f/k/a* Rising Pharmaceuticals, Inc.) (7959); Kavod Health LLC (f/k/a Rising Health, LLC) (1562); Kavris Health LLC (*f/k/a* Acetris Health, LLC) (3236); KAVACK Pharmaceuticals LLC (*f/k/a* PACK Pharmaceuticals, LLC) (2525); Arsynco, Inc. (7392); and Acci Realty Corp. (4433).

Page:      2
Debtors:   Aceto Corporation, *et al*.
Case No.:  19-13448 (VFP)
Caption:   Order Granting Daimler Trust's Motion to Vacate the Automatic Stay

---

Upon the motion (the "Motion") [Docket No. 873][2] of Daimler Trust for entry of an order vacating the automatic stay under section 362 of the Bankruptcy Code to allow Daimler Trust to sell the Motor Vehicle (defined below) leased by Aceto Corporation; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, as amended on September 18, 2012 (Simandle, C.J.); and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that notice of the Motion provided by the Daimler Trust was adequate and sufficient under the circumstances and that no other or further notice of the Motion need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The automatic stay under section 362 of the Bankruptcy Code is hereby lifted for the sole purpose of permitting Daimler Trust to sell or otherwise dispose of the 2017 Mercedes-Benz E300, Vehicle Identification Number WDDZF4KB2HA047327 (the "Motor Vehicle"), as described in the Motion.

3. This Order shall be immediately effective and enforceable upon its entry.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.