UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962
(973) 538-4006
(973) 538-5146 Facsimile
Warren J. Martin Jr., Esq.
(wjmartin@pbnlaw.com)
Robert M. Schechter, Esq.
(rmschechter@pbnlaw.com)
Rachel A. Parisi, Esq.
(raparisi@pbnlaw.com)

*Co-Counsel to the Official Committee of
Unsecured Creditors*

In re:

Tri Harbor Holdings Corporation
(*f/k/a* Aceto Corporation), *et al.*,[1]

Liquidating Debtors.

Chapter: 11

Case No.: 19-13448 (VFP)

(Jointly Administered)

**Hearing Date: December 3, 2019 at 2:00 p.m. (ET)**
**Objection Deadline: November 26, 2019 at 4:00 p.m. (ET)**

**NOTICE OF FINAL FEE APPLICATIONS FILED BY THE
COMMITTEE'S PROFESSIONALS**

**PLEASE TAKE NOTICE** that on October 31, 2019, the following final applications

(the "Applications") for allowance and payment of Professional Claims[2] were filed:

- *Combined Third Interim and Final Application of Porzio, Bromberg & Newman, P.C.
  as Co-Counsel To The Official Committee Of Unsecured Creditors For Allowance Of
  Compensation For Professional Services Rendered and Reimbursement Of Expenses*

---

[1] The Liquidating Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Tri Harbor Holdings Corporation (*f/k/a* Aceto Corporation) (0520); Tri Harbor Chemical Holdings LLC (*f/k/a* Aceto Agricultural Chemicals LLC, *f/k/a* Aceto Agricultural Chemicals Corporation) (3948); Tri Harbor Realty LLC (*f/k/a* Aceto Realty LLC) (7634); Kavod Pharmaceuticals LLC (*f/k/a* Rising Pharmaceuticals, LLC, *f/k/a* Rising Pharmaceuticals, Inc.) (7959); Kavod Health LLC (*f/k/a* Rising Health, LLC) (1562); Kavris Health LLC (*f/k/a* Acetris Health, LLC) (3236); KAVACK Pharmaceuticals LLC (*f/k/a* PACK Pharmaceuticals, LLC) (2525); Arsynco, Inc. (7392); and Acci Realty Corp. (4433).

[2] As defined in the *Second Modified Joint Plan of Liquidation of Aceto Corporation and Its Affiliated Debtors* [Docket No. 757].

4325438

*Incurred For The Periods Of (I) August 1, 2019 Through September 30, 2019 And (II) February 27, 2019 Through September 30, 2019* [ECF Dkt. No. 1134]

- *Combined Third Interim And Final Fee Application Of GlassRatner Advisory & Capital Group, LLC As Financial Advisor To The Official Committee Of Unsecured Creditors For Allowance Of Compensation For Professional Services Rendered And Reimbursement Of Expenses Incurred For The Periods Of (I) August 1, 2019 Through October 31, 2019 And (II) April 5, 2019 Through October 31, 2019* [ECF Dkt. No. 1133]

- *Final Fee Application of Houlihan Lokey Capital, Inc. As Investment Banker To The Official Committee Of Unsecured Creditors For Allowance Of Compensation For Professional Services Rendered And Reimbursement Of Expenses Incurred For The Period From February 27, 2019 To September 30, 2019* [ECF Dkt. No. 1131]

- *Combined Third Interim And Final Fee Application of Stroock & Stroock & Lavan LLP, Co-Counsel To The Official Committee Of Unsecured Creditors, For Allowance Of Compensation For Professional Services Rendered And Reimbursement Of Expenses Incurred For (I) The Interim Period Of August 1, 2019 To October 1, 2019, And For Payment Of The Holdback, And (II) For The Final Period Of February 27, 2019 Through October 1, 2019* [ECF Dkt. No. 1127]

**PLEASE TAKE FURTHER NOTICE** that the Applications are available free of charge by visiting https://cases.primeclerk.com/aceto or by calling (844) 216-7718 (toll-free within the U.S. or Canada) or (347) 761-3238 (outside the U.S. or Canada), or may be accessed for a nominal fee by visiting the Court's website at http://www.njb.uscourts.gov/ and registering for a PACER account in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Applications, if necessary, will be held on **December 3, 2019** at **2:00 p.m.** (ET) (the "Hearing Date") before the Honorable Vincent F. Papalia, at the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Newark, NJ 07102, Courtroom 3B.

4325438

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to any of the Applications shall comply with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of the United States Bankruptcy Court for the District of New Jersey, and shall be filed with the Bankruptcy Court and served upon the undersigned counsel so as to be actually received no later than seven (7) days prior to the Hearing Date.  In the event that no objections are filed, the relief requested in the Applications may be granted without a hearing.

Dated:  November 7, 2019                    Respectfully submitted,

                                            **PORZIO, BROMBERG & NEWMAN, P.C.**
                                            *Co-Counsel to the Official Committee of*
                                            *Unsecured Creditors*

                                            By:       */s/ Warren J. Martin Jr.*
                                                      Warren J. Martin Jr.

4325438