**LOWENSTEIN SANDLER LLP**
Michael S. Etkin, Esq.
Wojciech Jung, Esq.
Philip J. Gross, Esq.
Michael Savetsky, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Liquidating Debtors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Tri Harbor Holdings Corporation (*f/k/a/* Aceto Corporation)., *et al.*,[1]<br><br>Liquidating Debtors. | Chapter 11<br><br>Case No. 19-13448 (VFP)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTER SCHEDULED**
**FOR HEARING ON NOVEMBER 26, 2019 AT 10:00 A.M. (ET)**

**THE HEARING HAS BEEN CANCELLED AS ALL MATTERS GOING FORWARD ARE UNOPPOSED – NO APPEARANCES ARE NECESSARY**

**UNCONTESTED MATTERS GOING FORWARD**

1. Liquidating Debtors' Sixth Omnibus Objection To Certain Disputed Claims Filed By Certain Former Employees (the "Sixth Omnibus Objection") [Docket No. 1116; Filed 10/25/19].

   Related Documents:

   a) Affidavit of Service filed by Prime Clerk LLC [Docket No. 1147; Filed 11/4/19]

   Objection Deadline:    November 19, 2019 at 4:00 p.m. (ET)

---

[1] The Liquidating Debtors in these chapter 11 cases and the last four digits of each Liquidating Debtor's taxpayer identification number are as follows: Tri Harbor Holdings Corporation (f/k/a Aceto Corporation) (0520); Tri Harbor Chemical Holdings LLC (f/k/a Aceto Agricultural Chemicals LLC, f/k/a Aceto Agricultural Chemicals Corporation) (3948); Tri Harbor Realty LLC (f/k/a Aceto Realty LLC) (7634); Kavod Pharmaceuticals LLC (f/k/a Rising Pharmaceuticals, LLC, f/k/a Rising Pharmaceuticals, Inc.) (7959); Kavod Health LLC (f/k/a Rising Health, LLC) (1562); Kavris Health LLC (f/k/a Acetris Health, LLC) (3236); KAVACK Pharmaceuticals LLC (f/k/a PACK Pharmaceuticals, LLC) (2525); Arsynco, Inc. (7392); and Acci Realty Corp. (4433).

Responses Received:

b) Objection of Horace Lodge to Liquidating Debtors' Sixth Omnibus Objection To Certain Disputed Claims Filed By Certain Former Employees (the "Lodge Objection") [Docket No. 1170; Filed 11/19/19]

Status: The Sixth Omnibus Objection is going forward on the papers and the Liquidating Debtors will submit a revised form of order. The Lodge Objection has been resolved by a separate consent order that has been submitted to the Court.

2. Liquidating Debtors' Seventh Omnibus Objection To Certain (I) Satisfied Claims and (II) Claims To Be Reduced And/Or Reclassified (the "Seventh Omnibus Objection") [Docket No. 1117; Filed 10/25/19].

Related Documents:

a) Affidavit of Service filed by Prime Clerk LLC [Docket No. 1147; Filed 11/4/19]

Objection Deadline: November 19, 2019 at 4:00 p.m. (ET)

Responses Received:

b) Informal responses received from All-Fill, Inc. and CRG Financial LLC.

Status: The Seventh Omnibus Objection is going forward on the papers with respect to all matters other than Claim No. 198 filed by All-Fill, Inc. The Seventh Omnibus Objection, solely as it relates to All-Fill, Inc.'s Claim No. 198, is adjourned to January 8, 2020 at 10:00 a.m. (ET). The Liquidating Debtors intend to submit a revised proposed order.

**CONTINUED MATTERS**

3. Liquidating Debtors' Motion For Entry Of An Order Expunging and Disallowing The Claim of Daniel DeBenedittis [Docket No. 1114; Filed 10/25/19].

Related Documents:

a) Affidavit of Service filed by Prime Clerk LLC [Docket No. 1147; Filed 11/4/19]

Objection Deadline: November 19, 2019 at 4:00 p.m. (ET)

Responses Received:

b) Letter request regarding trial testimony of Daniel DeBenedittis [Docket No. 1164; Filed 11/13/19]

c) Objection of Daniel DeBenedittis to Liquidating Debtors' Motion For Entry Of An Order Expunging and Disallowing The Claim of Daniel DeBenedittis [Docket No. 1169; Filed 11/19/19]

Status: This matter is adjourned for an evidentiary hearing on January 8, 2020 at 10:00 a.m. (ET).

Dated: November 22, 2019

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ *Wojciech F. Jung*
Michael S. Etkin, Esq.
Wojciech F. Jung, Esq.
Philip J. Gross, Esq.
Michael Savetsky, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
metkin@lowenstein.com
wjung@lowenstein.com
pgross@lowenstein.com
msavetsky@lowenstein.com

*Counsel to the Liquidating Debtors*