**LOWENSTEIN SANDLER LLP**
Michael S. Etkin, Esq.
Bruce Buechler, Esq.
Wojciech Jung, Esq.
Philip J. Gross, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Liquidating Debtors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Tri Harbor Holdings Corporation (*f/k/a/* Aceto Corporation)., *et al.*,[1] | Case No. 19-13448 (VFP) |
| Liquidating Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTER SCHEDULED**
**FOR HEARING ON JANUARY 8, 2020 AT 10:00 A.M. (ET)**

**CONTESTED MATTERS GOING FORWARD**

1.  Liquidating Debtors' Motion for Entry of an Order Expunging and Disallowing the Claim of Daniel DeBenedittis (the "DiBenedittis Motion") [Docket No. 1114; Filed 10/25/19].

    Related Documents:

    a)  Affidavit of Service filed by Prime Clerk LLC [Docket No. 1147; Filed 11/4/19]

    Objection Deadline:          November 19, 2019 at 4:00 p.m. (ET)

---

[1] The Liquidating Debtors in these chapter 11 cases and the last four digits of each Liquidating Debtor's taxpayer identification number are as follows: Tri Harbor Holdings Corporation (f/k/a Aceto Corporation) (0520); Tri Harbor Chemical Holdings LLC (f/k/a Aceto Agricultural Chemicals LLC, f/k/a Aceto Agricultural Chemicals Corporation) (3948); Tri Harbor Realty LLC (f/k/a Aceto Realty LLC) (7634); Kavod Pharmaceuticals LLC (f/k/a Rising Pharmaceuticals, LLC, f/k/a Rising Pharmaceuticals, Inc.) (7959); Kavod Health LLC (f/k/a Rising Health, LLC) (1562); Kavris Health LLC (f/k/a Acetris Health, LLC) (3236); KAVACK Pharmaceuticals LLC (f/k/a PACK Pharmaceuticals, LLC) (2525); Arsynco, Inc. (7392); and Acci Realty Corp. (4433).

25441/53
01/03/2020 205643612.1

Responses Received:

b)      Letter regarding trial testimony of Daniel DeBendittis at hearing [Docket No. 1164; Filed 11/13/19]

c)      Objection of Daniel DeBenedittis to DeBenedittis Motion [Docket No. 1169; Filed 11/19/19]

Status:        This matter is going forward as a contested evidentiary hearing.

Dated: January 3, 2019                              Respectfully submitted,

                                                   **LOWENSTEIN SANDLER LLP**

                                                   /s/ *Bruce Buechler*
                                                   Michael S. Etkin, Esq.
                                                   Bruce Buechler, Esq.
                                                   Wojciech F. Jung, Esq.
                                                   Philip J. Gross, Esq.
                                                   One Lowenstein Drive
                                                   Roseland, New Jersey 07068
                                                   (973) 597-2500 (Telephone)
                                                   metkin@lowenstein.com
                                                   bbuechler@lowenstein.com
                                                   wjung@lowenstein.com
                                                   pgross@lowenstein.com

                                                   *Counsel to the Liquidating Debtors*